**B. B. PRICHARD, Appellant,**

v.

**Jerry FANNIN et al., Appellees.**

Court of Appeals of Kentucky.

Sept. 23, 1955.

Thomas Burchett, Ashland, for appellant.

P. H. Vincent, Ashland, for appellees.

PER CURIAM.

The judgment of the lower court denied injunctive relief and damages to the ap-

pellant for the appellees' use of roadways running through lands of the appellant. We are affirming the judgment because the record discloses sufficient evidence to support it.

The motion for an appeal is overruled, and the judgment is affirmed.